No. 04–6985. AREVALO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6988. WILLIAMS v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6996. CADY v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–6998. SLONE v. YAVAPAI COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7000. MURPHY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7002. BERNARDEZ v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7007. TASBY, AKA AMEN-RA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7009. ORTEGA FLORES v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 04–7013. ESPINAL v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–7015. CASTEEL v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 04–7016. MILBURN v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 04–7017. DELIO v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 04–7018. TURNER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–7020. WADE v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 04–7021. WILKINSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.